No. 71–1511. NORVELL, ATTORNEY GENERAL OF NEW MEXICO *v.* APODACA; and

No. 71–1512. BROWN ET AL. *v.* APODACA ET AL. Sup. Ct. N. M. Motions to expedite consideration denied. Reported below: 83 N. M. 663, 495 P. 2d 1379.

No. A–1235 (71–1531). NOLAN *v.* JUDICIAL COUNCIL OF THE THIRD CIRCUIT OF THE UNITED STATES ET AL. Application for stay presented to MR. JUSTICE WHITE, and by him referred to the Court, denied. MR. JUSTICE BRENNAN took no part in the consideration or decision of this application.

No. 71–1291. CHANDLER, U. S. DISTRICT JUDGE *v.* BATTISTI, CHIEF JUDGE, U. S. DISTRICT COURT. Motion for leave to file petition for writ of mandamus and/or prohibition denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.

No. 71–1119. INDIANA EMPLOYMENT SECURITY DIVISION ET AL. *v.* BURNEY. Appeal from D. C. N. D. Ind. Probable jurisdiction noted.

No. 71–1178. GULF STATES UTILITIES CO. *v.* FEDERAL POWER COMMISSION ET AL. C. A. D. C. Cir. Certiorari granted.

No. 71–1192. GOLDSTEIN ET AL. *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., County of Los Angeles. Certiorari granted.

No. 71–229. UNITED STATES *v.* DIONISIO; and

No. 71–850. UNITED STATES *v.* MARA, AKA MARASOVICH. C. A. 7th Cir. Certiorari granted and cases to be argued *in tandem.* Reported below: No. 71–229, 442 F. 2d 276; No. 71–850, 454 F. 2d 580.